People v Spinks (2025 NY Slip Op 04304)

People v Spinks

2025 NY Slip Op 04304

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, AND KEANE, JJ.

242 KA 24-01529

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JONATHAN SPINKS, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

DAVID P. ELKOVITCH, AUBURN, FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (BRIDGET L. FIELD OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Vincent M. Dinolfo, J.), rendered December 22, 2022. The judgment convicted defendant, upon a jury verdict, of attempted murder in the second degree, assault in the first degree, burglary in the first degree (two counts) and criminal possession of a weapon in the second degree (three counts). 
It is hereby ORDERED that the judgment so appealed from is affirmed.
Same memorandum as in People v Spinks ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
All concur except Whalen, P.J., who dissents and votes to reverse in accordance with the same dissenting memorandum as in People v Spinks ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court